# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Adam Wildstein<br>    Plaintiff,<br><br>v.<br><br>TD Bank USA, N.A.,<br>Nordstrom, Inc.<br>    Defendant. | Case No. 1:20-cv-8380<br>CIVIL ACTION |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the above-entitled action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 3, 2020

| **For Plaintiff Adam Wildstein** | **For Defendants TD Bank USA, N.A. and Nordstrom, Inc.** |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Jennifer Ann Harris*<br>Jennifer Ann Harris<br>Brown Connery LLP<br>360 Haddon Avenue<br>Westmont, NJ 08108<br>Ph: (856) 854-8900<br>jharris@brownconnery.com |

## **CERTIFICATE OF SERVICE**

I certify that on December 4, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Yaakov Saks*
                                                  Yaakov Saks
                                                  **Stein Saks, PLLC**
                                                  285 Passaic Street
                                                  Hackensack, NJ 07601
                                                  *Attorneys for Plaintiff*